|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARRISON MA, on his own behalf and on behalf of others similarly situated,

Plaintiff,

v.

NIKE, INC.,

Defendant.

No. 2:25-cv-01235-JLR

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME**

THIS MATTER came before the court on the parties' Stipulated Motion to Extend Time (Dkt. # 9). The motion is GRANTED. The Court directs the Clerk to re-note the deadline for Defendant Nike, Inc. to answer or otherwise respond to the complaint to August 6, 2025.

DATED this 3rd day of July, 2025.

_____
Honorable James L. Robart
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME - 1

129532894.1 0017531-00353