THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| HARRISON MA, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>Defendant. | Case No. 2:25-cv-01235-JLR<br><br>**DEFENDANT NIKE, INC.'S NOTICE OF RELATED CASES** |

Defendant Nike, Inc. provides the Court with notice of three pending cases related to this action: (1) *Shahpur et al. v. Ulta Beauty, Inc.*, United States District Court for the Eastern District of Washington, Case No. 2:25-cv-00284; (2) *Perkins v. Global Custom Commerce, Inc., et al.*, United States District Court for the Western District of Washington, Case No. 2:25-cv-01750-RAJ; and (3) *Brown et al. v. Old Navy, LLC, et al.*, United States District Court for the Western District of Washington, Case No. 2:23-cv-00781-JHC. In *Shahpur*, *Perkins*, and *Brown*, the defendants have taken the position that the CEMA claims brought against them are preempted by the CAN-SPAM Act.

DEFENDANT NIKE, INC.'S NOTICE OF RELATED CASES - 1

1
2  DATED:  October 20, 2025

    STOEL RIVES LLP

3
    *s/Jenna M. Poligo*
    Vanessa Soriano Power, WSBA No. 30777
    Jenna M. Poligo, WSBA No. 54466
4
    Gabrielle Lindquist, WSBA No. 57177

5
    600 University Street, Ste. 3600
    Seattle, WA 98101
6
    Telephone: (206) 624-0900
    Facsimile: (206) 386-7500
7
    Email:  vanessa.power@stoel.com
    jenna.poligo@stoel.com
8
    gabrielle.lindquist@stoel.com

9     *Attorneys for Defendant Nike, Inc*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANT NIKE, INC.'S NOTICE OF RELATED CASES - 2