UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARRISON MA,

                    Plaintiff,

      v.

NIKE, INC.,

                    Defendant.

CASE NO. C25-1235JLR

ORDER

Before the court is Defendant Nike, Inc.'s ("Nike") notice of constitutional challenge.  (Notice (Dkt. # 24).)  Nike has filed an answer to Plaintiff Harrison Ma's first amended complaint in which it asserts that Washington's Commercial Electronic Mail Act ("CEMA"), ch. 19.190 RCW, is unconstitutional under the due process and free speech provisions of the constitutions of the United States and State of Washington, and the dormant Commerce Clause of the United States Constitution.  (*Id.* at 1; *see* Answer (Dkt. # 23); Am. Compl. (Dkt. # 14).)

//

ORDER - 1

Federal Rule of Civil Procedure 5.1(b) requires the court to certify to the Washington Attorney General that a state statute is being challenged as unconstitutional. Fed. R. Civ. P. 5.1(b).  The Attorney General then has 60 days to intervene in the case. Fed. R. Civ. P. 5.1(c).  Accordingly, the court DIRECTS the Clerk to send a copy of this order, Mr. Ma's amended complaint (Dkt. # 14), Nike's Answer (Dkt. # 23), and Nike's notice of constitutional challenge (Dkt. # 24) to the Office of the Attorney General, 1125 Washington St. SE, P.O. Box 40100, Olympia, WA 98504-0100.

Dated this 3rd day of March, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2